**UNITED STATES of America,
Appellee,**

v.

**Julio GONZALEZ–LOPEZ, Appellant.**

**No. 10–3417.**

United States Court of Appeals,
Eighth Circuit.

Submitted: March 18, 2011.

Filed: March 28, 2011.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

PER CURIAM.

Julio Gonzalez–Lopez pleaded guilty to illegally reentering the United States after having been deported following his prior conviction for an aggravated felony, in violation of 8 U.S.C. §§ 1326(a), (b)(2). The district court[1] sentenced Gonzalez–Lopez to 50 months in prison and two years of supervised release, and he appeals. Coun-

sel seeks to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), in which he argues that the sentence is unreasonable because the court improperly weighed the sentencing factors listed in 18 U.S.C. § 3553(a).

Reviewing the sentence for abuse of discretion, *see Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007), we conclude that Gonzalez–Lopez has not rebutted the presumption of reasonableness that attaches to his within-Guidelines-range sentence, and we find nothing suggesting any misapplication of the section 3553(a) factors, *see United States v. Feemster*, 572 F.3d 455, 461–2 (8th Cir.2009) (en banc); *United States v. Garcia*, 512 F.3d 1004, 1006 (8th Cir.2008). Further, having reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw, subject to counsel informing Gonzalez–Lopez about procedures for seeking rehearing or filing a petition for certiorari.

---

1. The HONORABLE LINDA R. READE, Chief Judge, United States District Court for the Northern District of Iowa.